UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FROYLAND MEDINA CHIPREZ,<br><br>Petitioner,<br><br>v.<br><br>STUART SHERMAN, Warden,<br><br>Respondent. | Case No. ED CV 18-00501 AG (RAO)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. The Court has further engaged in a *de novo* review of those portions of the Report and Recommendation issued on September 18, 2018 ("Report"), to which Petitioner has objected.

In his objections, Petitioner has made new factual assertions and attached documents, some of which have not been presented previously in this action, in support of his argument that the Petition is timely because it was filed on February 15, 2018. *See generally* Petitioner's Objections. Dkt. No. 18.

A district court has discretion, but is not required, to consider evidence raised for the first time in objections to a magistrate judge's recommendation. *United States v. Howell*, 231 F.3d 615, 621 (9th Cir. 2000). In declining to consider such evidence,

the court actually must exercise its discretion; the court cannot simply adopt the recommendation without explaining that it will not consider a new matter. *See Jones v. Blanas*, 393 F.3d 918, 935 (9th Cir. 2004); *Brown v. Roe*, 279 F.3d 742, 745-46 (9th Cir. 2002); *Howell*, 231 F.3d at 621-22. Here, the Court declines to consider the new assertions and evidence offered in Plaintiff's Objections. In any event, the Court notes that the Report found that the Petition is untimely *even if* the Court were to assume a filing date of February 15, 2018, which is the gravamen of Petitioner's contention.

Accordingly, the Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

DATED: November 30, 2018

———————————————
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE