# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FROYLAND MEDINA CHIPREZ,<br><br>Petitioner,<br><br>v.<br><br>STUART SHERMAN, Warden,<br><br>Respondent. | Case No. ED CV 18-00501 AG (RAO)<br><br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: November 30, 2018

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE